904 So.2d 711 (2005)
Tommie T. JENKINS, Jr.
v.
Jerry J. LARPENTER, Belvin J. Mckinley, Clarence Jones, Clint Johnson, Richardo R. Johnson, and Terrebonne Parish Sheriff's Office.
No. 2005-C-1078.
Supreme Court of Louisiana.
June 17, 2005.
*712 In re Jenkins, Tommie T. Jr.;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Terrebonne, 32nd Judicial District Court Div. D, No. 134259; to the Court of Appeal, First Circuit, No. 2004 CA 0318.
Denied.